IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 4:21-CV-00418-SDJ |
| v. | ) ) ) | |
| AOD VENTURES, INC. d/b/a AUTOS OF DALLAS | ) ) ) | |
| Defendant. | ) ) ) ) | |

## CONSENT DECREE

THIS CONSENT DECREE is made and entered into by and between Equal Employment Opportunity Commission ("EEOC") and AOD Ventures, Inc. d/b/a Autos of Dallas ("Defendant" or "Autos of Dallas") in the United States District Court for the Eastern District of Texas, with regard to EEOC's Complaint filed in this matter. EEOC and Defendant agree to compromise and settle the differences embodied in the Complaint filed by EEOC and intend that the terms and conditions of the compromise and settlement be set forth in this Consent Decree ("Consent Decree"). This Consent Decree is not an adjudication or finding on the merits of this case and shall not be construed in any respect as an admission by Defendant of a violation of Title VII of the Civil Rights Act of 1964, as amended.

The parties agree, and the Court orders as follows:

CONSENT DECREE

1

1.      This Consent Decree resolves all issues raised in EEOC's Complaint filed in this matter and EEOC Charge No. 450-2020-03075 (the "Charge") filed by Jonathon Sellers with the EEOC. EEOC waives further claims and/or litigation on all issues raised, or which could have been raised, in the above-referenced Charge and Complaint. EEOC does not waive processing or litigating Charges other than the above-referenced Charge.

2.      During the term of this Consent Decree, Defendant is enjoined from any illegal employment practice that discriminates on the basis of race with respect to recruitment, placement, hiring, termination, or any other employment action. This injunction extends to any offsite employer-related events, including any holiday parties or other gatherings. The terms of this Consent Decree shall be binding upon Defendant, its successors, and assigns. Defendant shall reasonably inform its agents, officers, and employees of the content of this Consent Decree and will use reasonable best efforts to seek compliance with same by its agents, officers, and employees.

3.      Defendant agrees to distribute to each employee the Discrimination and Harassment policy in its Employee Handbook within 60 days of the effective date of this Consent Decree. Defendant agrees to provide a copy of the Employee Handbook to any new employee upon hire. Defendant will report to EEOC that they have complied with the requirement set forth in the first sentence of this Section within 14 days after distributing the Employee Handbook.

4.      Defendant agrees to distribute the Notice appended hereto as "Attachment A" to all employees within 30 days from the effective date of this Consent Decree or, for new employees, within 10 days from their first day of employment with Defendant. Defendant also will post Attachment A where employment notices are generally posted in its facilities in Plano,

CONSENT DECREE

Texas. Defendant will report to EEOC that it has complied with the requirement with regard to current employees within 60 days after the effective date of this Consent Decree. The Notice shall remain posted during the term of this Consent Decree.

5.      Defendant agrees within 60 days of the effective date of this Consent Decree to provide training to all employees, advising them of the requirements and prohibitions of Title VII of the Civil Rights Act of 1964. This training shall include the subjects: a.) what constitutes race harassment; b.) how to prevent race harassment; c.) how to provide a work environment free from race harassment; d.) and to whom and by what means employees may complain if they feel they have been subjected to race harassment in the workplace. The training shall be conducted in a session of no less than 90 minutes and may be conducted independently or as part of a broader employment-related training program. Within 90 days after the effective date of this Consent Decree, Defendant will report to EEOC with confirmation that the training was conducted and a list of attendees.

6.      Defendant agrees to prohibit any dissemination, directly or indirectly, to any other prospective employer of Jonathan Sellers, of any of the facts or circumstances relating to the filing and resolution of this charge of discrimination. Jonathan Sellers agrees to refer all reference requests to the Defendant's Human Resources Manager which, for all references so directed, shall then provide only Mr. Sellers' dates of employment and last position held.

7.      Defendant agrees to pay to Jonathon Sellers the total amount of $22,500.00, for all damages in this case. This amount includes $11,000 in backpay and lost benefits from which the Defendant will make the usual deductions and issue a W2 for this amount. Defendant will issue a 1099 for the remainder of $11,500. Defendant shall make payment by issuing checks

CONSENT DECREE

payable to Mr. Sellers within 60 days of the effective date of this Consent Decree. Defendant shall mail the check to Mr. Sellers at an address provided by EEOC.

8.      Within 10 days after the effective date of this Consent Decree, a copy of the checks will be sent by mail to Trial Attorney Joel Clark, EEOC, 207 South Houston Street, Third Floor, Dallas, Texas 75202 or email at joel.clark@eeoc.gov. All reports to the EEOC pursuant to paragraphs 3-5 of this Consent Decree shall be sent to Trial Attorney Joel Clark by letter or email within 60 days after the effective date of this Consent Decree.

9.      Neither EEOC nor Defendant shall contest the validity of this Consent Decree nor the jurisdiction of the federal district court to enforce this Consent Decree and its terms or the right of either party to the Consent Decree to bring an enforcement action upon breach of any term of this Consent Decree by either party. Prior to taking enforcement action under this Consent Decree, EEOC will notify Defendant of a breach of the Consent Decree and will provide Defendant with 15 business days to respond and 20 business days to cure. Nothing in this Decree shall be construed to preclude EEOC from enforcing this Decree in the event that Defendant fails to perform the promises and representations contained herein. EEOC shall be authorized to seek compliance with the Consent Decree through civil action in the United States District Court. EEOC also reserves the right to seek sanctions for non-payment and non-compliance with this Court Order.

10.     The parties agree to bear their own costs associated with this action, including attorney's fees.

11.     The term of this Consent Decree shall be for two (2) years.

12.     The effective day of this Consent Decree is the day it is signed by the Court.

CONSENT DECREE

4

SO ORDERED, ADJUDGED AND DECREED this ___10th___ day of

___January_____, 202 4___.

UNITED STATES DISTRICT JUDGE

**FOR PLAINTIFF:**

ROBERT A. CANINO
Regional Attorney

SUZANNE M. ANDERSON
Assistant Regional Attorney
Texas Bar No. 14009470

Joel Clark
Trial Attorney
Texas Bar No. 24050425

Philip Moss
Trial Attorney
Fax No. (214) 253-2749
Texas Bar No. 24074764

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dallas District Office
207 South Houston Street, 3rd Floor
Dallas, Texas 75202
Tel No. (972) 918-3611

**FOR DEFENDANT:**

BRIAN P. SHAW
Email: bshaw@ccsb.com

CARRINGTON,COLEMAN,
SLOMAN & BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
Tel No. 214-855-3003

CONSENT DECREE

5

## ATTACHMENT A

## NOTICE TO ALL EMPLOYEES

**POLICY:** Discrimination of any kind can and often will detract from employees' job performance, discourage employees from remaining on the job, keep employees from advancing in their careers and lower overall employee morale and productivity. It is the policy of Autos of Dallas that discrimination is unacceptable and will not be condoned.

**PURPOSE:** It is the purpose of this policy to reaffirm and amplify the position of Title VII of the Civil Rights Act of 1964, as amended, and the Equal Employment Opportunity Commission's guidelines on harassment and to reiterate the company's policy on harassment.

**SCOPE:** This policy extends to all employees, management and non-management, of Autos of Dallas.

**DEFINITION:** Discrimination occurs when an employment decision is made based on a person's race, national origin, gender, color, religion, age, or disability rather than on legitimate factors. Harassment is a form of discrimination and includes unwelcome conduct that is based on race, color, sex, religion, national origin, disability, and/or age. Harassment becomes unlawful where 1) enduring the offensive conduct becomes a condition of continued employment, or 2) the conduct is severe or pervasive enough to create a work environment that a reasonable person would consider intimidating, hostile, or abusive. Offensive conduct may include, but is not limited to, offensive jokes, slurs, epithets or name calling, physical assaults or threats, intimidation, ridicule or mockery, insults or put-downs, offensive objects or pictures, and interference with work performance.

**RESPONSIBILITY:** Each level of management is responsible for ensuring that all personnel policies, procedure, and activities are in full compliance with applicable federal, state, and local equal employment laws, statute, rules, and regulations regarding discrimination and retaliation. Employees are expected to read, understand, and follow the policies that Autos of Dallas has established to prevent discrimination and retaliation.

**REPORTING PROCEDURES:** Any employee who believes that he or she has been subjected to discrimination is expected to report the conduct as soon as possible to the Human Resources designee_____, who may be contacted at _____ or by telephone at . Supervisors and managers who are informed of an alleged incident of discrimination, including harassment, must immediately notify the Human Resources Department.

CONSENT DECREE

6

## Equal Employment Opportunity Commission

A person either, alternatively or in addition to reporting such an allegation to company officials, may contact the U.S. Equal Employment Opportunity Commission for the purposes of filing a charge of employment discrimination. The address and telephone number of the U.S. EEOC office is 207 South Houston, Dallas, Texas 75202; (800) 669-4000. Information about your rights and how to file a charge is available on the Internet at www.eeoc.gov.

**INVESTIGATION OF COMPLAINTS**: A complete investigation of each complaint will be undertaken immediately by Autos of Dallas. The investigation may include interviews, inspection of documents, including personnel records, and full inspection of the premises.

**PUNISHMENT FOR VIOLATION:** Employees engaged in discriminatory conduct, including supervisors and managers, can expect serious disciplinary action. After appropriate investigation, any employee, whether management or non-management, who has been found to have discriminated against another employee will be subject to appropriate disciplinary action, depending on the circumstances, from a written warning in his or her personnel file up to and including termination of employment.

**RETALIATION:** There shall be no retaliation against any employee because that person has opposed what they in good faith believe to be unlawful employment practices, or has filed a charge of discrimination, or has given testimony, assistance, or has participated in any manner in any investigation, proceeding or hearing under Title VII of the Civil Rights Act of 1964. Autos of Dallas will not punish you for reporting discrimination simply because you have made a complaint under the above guidelines.

**PROTECTION OF PRIVACY:** The question of whether a particular action or incident constitutes discrimination requires a determination based on all available facts. Autos of Dallas will therefore make a concerted effort to protect the privacy of all personnel involved in the investigation. Confidential information will be shared on a need-to-know basis to complete the investigation and to deal appropriately with the situation.

**EXCEPTIONS:** There are no exceptions to this policy.

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE REMOVED OR DEFACED BY ANYONE. THIS NOTICE WILL BE POSTED FOR A PERIOD OF TWO (2) YEARS.**

_____                     _____
Date                            On Behalf of Autos of Dallas

CONSENT DECREE

7